# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☑ Western<br>☐ Central<br>☐ Southwestern | ☐ St. Joseph<br>☐ Southern | Clay<br>County and elsewhere | ☑ Secret Indictment<br>☐ Juvenile |

**Defendant Information**

| | |
|---|---|
| Defendant Name | (1) Daniel I. Ramirez |
| Alias Name | Daniel I. Ramirez-Miranda |
| Birthdate | August 3, 1999 |

**Related Case Information**

Superseding Indictment/Information ☐ Yes ☑ No   if yes, original case number _____

New Defendant ☑ Yes ☐ No

Prior Complaint Case Number, if any _____

Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**

AUSA  Byron Black

**Interpreter Needed**

☐ Yes   Language and/or dialect _____
☑ No

**Location Status**

Arrest Date _____
☐ Currently in Federal Custody
☑ Currently in State Custody          Writ Required ☑ Yes ☐ No
☐ Currently on Bond                   Warrant Required ☑ Yes ☐ No

**U.S.C. Citations**

Total # of Counts    6 & FA

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 21:846/6801/4 | Conspiracy to Distribute Fentanyl | 1 |
| 2 | 21:841D=CD.F/6801/4 | Distribution of Methamphetamine | 4 |
| 3 | 21:860A=MD.F/6501/4 | Dist. or Poss. w/Intent to Dist. Fentanyl w/in 1,000 ft. of School | 5 & 7 |
| 4 | 21:841D=CD.F/6801/4 | Poss. w/Intent to Dist. Fentanyl | 6 |
| 5 | 18:924C.F/7830.4 | Poss. of Firearm in Furtherance of Drug Trafficking Crime | 8 |
| 6 | 21:853.F/6911/4 | Criminal Forfeiture Allegation | |

(May be continued on reverse)

Date   4/30/2021          Signature of AUSA   /s/ Byron Black