IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                                                                                                                 Criminal Action No.
                                                                                                                  21-00093-01-CR-W-GAF

DANIEL I. RAMIREZ,

        Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES:**

Count One – Conspiracy to Distribute Fentanyl, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 846

Count Four – Distribution of Fentanyl, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Five – Distribution or Possession with Intent to Distribute Fentanyl within 1,000 Feet of a Public or Private School, in violation of 21 U.S.C. §§ 841(a)(1) and 860(a)

Count Six – Possession with Intent to Distribute Fentanyl, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Seven – Distribution or Possession with Intent to Distribute Fentanyl within 1,000 Feet of a Public or Private School, in violation of 21 U.S.C. §§ 841(a)(1) and 860(a)

Count Eight – Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(a)(A)(i)

**TRIAL COUNSEL**:
    Government: Byron Black
        Case Agent:    Special Agent Brett Mingee, DEA
      Defense:    Angela Hasty

**OUTSTANDING MOTIONS**:  None

**ANTICIPATED MOTIONS**:  None

**TRIAL WITNESSES**:
  Government: 16 with stipulations; 18 without stipulations
  Defense: No additional witnesses; Defendant will not testify

**TRIAL EXHIBITS**:
  Government: 180 exhibits
  Defense: No exhibits

**DEFENSES**:
  ( x ) defense of general denial
  (  ) defenses of general denial and _____

**POSSIBLE DISPOSITION**:
  (  ) Definitely for trial  (  ) Possibly for trial
  (  ) Motion to continue to be filed  ( x ) Likely a plea will be worked out

**TRIAL TIME**: **2 days**
  Government's case including jury selection: 2 days
  Defense case: No additional time

**STIPULATIONS**:
  (  ) not likely
  (  ) not appropriate
  ( x ) likely as to:
    (  ) chain of custody
    ( x ) chemist's reports
    (  ) prior felony conviction
    (  ) interstate nexus of firearm
    ( x ) firearm function
    ( x ) school zone

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

  **Witness and Exhibit Lists**:
  Government: October 18, 2021
  Defense: October 18, 2021
  **Counsel are requested to list witnesses in alphabetical order on their witness list.**

  **Exhibit Index, Voir Dire, Jury Instructions**: October 18, 2021
  **Jury instructions must comply with Local Rule 51.1**

  **Motions in Limine**: October 18, 2021

**TRIAL SETTING**: Criminal jury trial docket commencing November 1, 2021

**OTHER**:
    ( )   A _____-speaking interpreter is required.
    ( )   Other assistive devices: _____

**IT IS SO ORDERED.**

                                              */s/ Jill A. Morris*
                                              JILL A. MORRIS
                                              United States Magistrate Judge